An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

## IN THE SUPREME COURT OF THE STATE OF NEVADA

LAMAR MURRAY GILMORE,
Appellant,
vs.
THE STATE OF NEVADA,
Respondent.

No. 66894

**FILED**

SEP 1 4 2015

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY _S. Young_
DEPUTY CLERK

### ORDER DISMISSING APPEAL

This is an appeal from an order of the district court denying a post-conviction petition for a writ of habeas corpus. Eighth Judicial District Court, Clark County; Douglas W. Herndon, Judge.

The notice of appeal was untimely filed. NRAP 4(b); NRS 34.575(1); NRAP 26(a); NRAP 26(c). Because an untimely notice of appeal fails to vest jurisdiction in this court, *Lozada v. State*, 110 Nev. 349, 352, 871 P.2d 944, 946 (1994), we conclude that we lack jurisdiction to consider this appeal, and we

ORDER this appeal DISMISSED.[1]

_____, J.
Parraguirre

_____, J.
Douglas

_____, J.
Cherry

---

[1]We deny as moot appellant's motion for the appointment of counsel.

SUPREME COURT
OF
NEVADA

(O) 1947A

15-27745

cc: Hon. Douglas W. Herndon, District Judge
Lamar Murray Gilmore
Attorney General/Carson City
Clark County District Attorney
Eighth District Court Clerk